DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                        NO. 12-07-00295-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

CHRISTOPHER
R. JABIN AND

SUSAN
J. JABIN,     §          APPEAL FROM THE 402ND

APPELLANTS

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

GENE
E LESHE, SR.,

APPELLEE   §          WOOD
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            Appellants have filed a motion to dismiss this
appeal.  In their motion, Appellants
state that all issues in controversy have been settled through a mediated
settlement agreement signed by all parties and their respective counsel.  A copy of the motion has been sent to all counsel
of record.  Because Appellants have met
the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is
granted, and the appeal is dismissed with prejudice.

Opinion
delivered October 31, 2007.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

                                                                                                                                

(PUBLISH)